# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

AGUSTIN RODRIGUEZ VALENCIA,    *
                           *
        Petitioner,    *       CIVIL ACTION NO.: 5:16-cv-15
                           *
   v.                      *
                           *
WARDEN TRACY JOHNS,       *
                           *
        Respondent.    *

## O R D E R

Presently before the Court is the Magistrate Judge's September 12, 2016, Report and Recommendation, (dkt. no. 11), to which Petitioner Agustin Rodriguez Valencia ("Valencia") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Valencia's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, (dkt. no. 1), and **DENIES** Valencia leave to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this _16_ day of _November_, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA